IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BERNARD TALBERT,                )
                                )
            Plaintiff,           )
                                )
        v.                       )        1:12-CV-1256
                                )
UNITED STATES, DEA,              )
                                )
            Defendant(s).        )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on October 22, 2013, was served on the plaintiff. (Docs. 3 and 4.) Plaintiff filed objections to the Recommendation. (Doc. 5.)

The Court has reviewed the objection and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court finds the complaint and the objections to the Magistrate Judge's Recommendation to be frivolous. The Court adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a proper submission demonstrating a recognized legal interest in the property sought. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of November, 2013.

                                    _____
                                    UNITED STATES DISTRICT JUDGE